## MONOGIOS,
*Appellant,*
*v.*
## RUFF,
*Respondent.*

### (No. 11,437, CA 12921)

602 P2d 1131

Norval E. Baran, Pendleton, argued the cause and
ed the brief for appellant.

W. Eugene Hallman, Pendleton, argued the cause
respondent. With him on the brief was Mautz and
llman, Pendleton.

Before Joseph, Presiding Judge, and Lee and
hardson, Judges.

JOSEPH, P.J.

[389]

**JOSEPH, P.J.**

Plaintiff entered into a construction contract with defendant on or about November 1, 1972. At that time plaintiff was registered under ORS 701.055. When this action was brought, plaintiff was not registered. The trial court granted defendant's motion for summary judgment, and plaintiff appeals.

On September 13, 1975, ORS 701.065 was amended to provide:

"(1) A builder may not file a lien or bring or maintain in any court of this state a suit or action for compensation for the performance of any work or for the breach of any contract which is subject to this chapter, unless he was registered under this chapter at the time he filed the lien or commenced the suit or action."

The question before us is: Does the statute as amended in 1975 apply to actions filed after the effective date of the statute if the action arises out of a contract entered into before the effective date of the amendment? The answer is: Yes. *Mahana v. Miller*, 281 Or , 573 P2d 1238 (1978).

Affirmed.